**DUANE MORRIS** LLP
Shireen Yvette Wetmore (SBN 278501)
sywetmore@duanemorris.com
Nathan K. Norimoto (SBN 334835)
nnorimoto@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001

**DUANE MORRIS** LLP
Nick Baltaxe (SBN 329751)
nbaltaxe@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

Attorneys for Defendant KELLY SERVICES, INC., a Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLA FILBAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>KELLY SERVICES, INC., a Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 23-4951<br><br>[removed from Los Angeles Superior Court, Case No. 23LBCV00841]__<br><br>**DEFENDANT KELLY SERVICES INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KELLY'S NOTICE OF REMOVAL TO FEDERAL COURT; EXHIBITS** |

# REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Kelly Services, Inc. ("Kelly") hereby submits this Request for Judicial Notice in Support of Kelly's Notice of Removal of Civil Action to the United States District Court.

"The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Courts may take judicial notice of court records because they are readily ascertainable facts. *Wright v. Covarrubias*, No. 2:19-CV-4227-JLS (GJS), 2020 WL 2133002, at *2, FN 2 (C.D. Cal. Mar. 23, 2020), report and recommendation adopted, No. 19-CV-4227, 2020 WL 2128645 (C.D. Cal. May 4, 2020).

Courts routinely take judicial notice of documents filed with the California Secretary of State. *See, e.g., Bleakley v.Birdcage Shopping Ctr.,* No. CIV 2:10-332 WBS EFB, 2010 WL 11700698, at *4 (E.D. Cal. April 13, 2010) (taking judicial notice of California Secretary of State print-out because it is a "record is generated by an official government website [and] its accuracy is not reasonably in dispute" and noting that "courts in this and other districts frequently take judicial notice of such print-outs pursuant to Federal Rule of Evidence 201(b)," with citations to such decisions); *Lin v. Solta Med., Inc.,* No. 21-cv-05062-PJH, 2021 WL 5771140, at *7 (N.D. Cal. Dec. 6, 2021) (taking judicial notice of filings with the California Secretary of State "as they are public filings that cannot be reasonably questioned"); *Theta Chi Fraternity, Inc. v. Leland Stanford Junior Univ.*, 212 F. Supp. 3d 816, 823 (N.D. Cal. 2016) (taking judicial notice of filings with the California Secretary of State "because they are public records"); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999

(9th Cir. 2018).

Pursuant to Rule 201 of the Federal Rules of Evidence and applicable case law, Kelly hereby requests that the court take judicial notice of fourteen (14) court filings, **Exhibits 1-14**, which are from the docket of the *JoElla Filban's v. Kelly Services, Inc. et al.,* action that is currently pending in the Superior Court of California, County of Los Angeles, Case No. 23LBCV00841 ("Superior Court Action"):

- The Summons filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 1**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Summons is subject to judicial notice as a court record.

- The Complaint filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 2**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Complaint is subject to judicial notice as a court record.

- The "Civil Case Cover Sheet" and "Civil Case Cover Sheet Addendum and Statement of Location" filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 3**. Pursuant to Rule 201 of the Federal Rules of Evidence, the "Civil Case Cover Sheet" and "Civil Case Cover Sheet Addendum and Statement of Location" are subject to judicial notice as a court record.

- The "Notice of Case Assignment" and "Instructions for Handling Unlimited Civil Cases" filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 4**. Pursuant to Rule 201 of the Federal Rules of Evidence, the "Notice of Case Assignment" and "Instructions for Handling Unlimited Civil Cases" are subject to judicial notice as a court record.

- The Alternative Dispute Resolution ("ADR") Information Package filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 5**. Pursuant to Rule 201 of the Federal Rules of Evidence, the ADR Information Package is subject to judicial notice as a court record.

- The Voluntary Efficient Litigation Stipulations packet filed in the

Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 6**. Pursuant to Rule 201 of the Federal Rules of Evidence, the ADR Information Package is subject to judicial notice as a court record.

- The Superior Court of California, County of Los Angeles First Amended General Order ("General Order") filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 7**. Pursuant to Rule 201 of the Federal Rules of Evidence, the General Order is subject to judicial notice as a court record.

- The Notice of Case Management Conference filed in the Superior Court Action on May 9, 2023, a true and correct copy of which is attached hereto as **Exhibit 8**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Notice of Case Management Conference is subject to judicial notice as a court record.

- The Certificate of Mailing in connection with the Order to Show Cause Failure to File Proof of Service filed in the Superior Court Action on May 10, 2023, a true and correct copy of which is attached hereto as **Exhibit 9**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Certificate of Mailing is subject to judicial notice as a court record.

- The Order to Show Cause Regarding Failure to File Proof of Service filed in the Superior Court Action on May 10, 2023, a true and correct copy of which is attached hereto as **Exhibit 10**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Certificate of Mailing is subject to judicial notice as a court record.

- The Proof of Personal Service filed in the Superior Court Action on May 26, 2023, a true and correct copy of which is attached hereto as **Exhibit 11**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Proof of Personal Service is subject to judicial notice as a court record.

- The Declaration of Laurel N. Haag in Support of Motion for Final Approval of Class Action Settlement filed in *Contreras v. Armstrong Flooring, Inc.*, Case No. 2:20-cv-03087-PSG-SK (ECF No. 37-2), a true and correct copy of which is

attached hereto as **Exhibit 15**. Pursuant to Rule 201 of the Federal Rules of Evidence, the Declaration is subject to judicial notice as a court record.

Moreover, Kelly respectfully requests that pursuant to Rule 201 of the Federal Rules of Evidence and applicable case law, the court take judicial notice of the following corporate entity documents filed with the California Secretary of State and Delaware Secretary of State:

- Kelly's Entity Details maintained by the Delaware Secretary of State, which were accessed and printed from its website at corp.delaware.gov on June 1, 2023, a true and correct copy of which is attached hereto as **Exhibit 13**. Pursuant to Rule 201 of the Federal Rules of Evidence, Kelly's Entity Details is subject to judicial notice as a public filing with the Delaware Secretary of State.

- Kelly's Statement of Information filed with the California Secretary of State on June 1, 2023, which was accessed and downloaded from the California Secretary of State's website at www.sos.ca.gov on June 1, 2023, a true and correct copy of which is attached hereto as **Exhibit 14**. Pursuant to Rule 201 of the Federal Rules of Evidence, Kelly's Statement of Information is subject to judicial notice as a public filing with the California Secretary of State.

Dated: June 22, 2023                     **DUANE MORRIS LLP**

By: */s/ Nathan K. Norimoto*
Shireen Wetmore
Nick Baltaxe
Nathan K. Norimoto
Attorneys for Defendant KELLY SERVICES, INC.