| | |
|---|---|
| 1 | **DUANE MORRIS LLP**<br>Shireen Yvette Wetmore (SBN 278501) |
| 2 | sywetmore@duanemorris.com<br>Nathan K. Norimoto (SBN 334835) |
| 3 | nnorimoto@duanemorris.com<br>Spear Tower |
| 4 | One Market Plaza, Suite 2200<br>San Francisco, CA  94105-1127 |
| 5 | Telephone: +1 415 957 3000<br>Fax: +1 415 957 3001 |
| 6 | |
| 7 | **DUANE MORRIS LLP**<br>Nick Baltaxe (SBN 329751) |
| 8 | nbaltaxe@duanemorris.com<br>865 South Figueroa Street, Suite 3100 |
| 9 | Los Angeles, CA  90017-5450<br>Telephone: +1 213 689 7400 |
| 10 | Fax: +1 213 689 7401 |
| 11 | Attorneys for Defendant KELLY SERVICES,<br>INC., a Corporation |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOELLA FILBAN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>KELLY SERVICES, INC., a Corporation;<br>and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No.:  23-4951<br><br>[removed from Los Angeles Superior Court, Case No. 23LBCV00841]___<br><br>**DECLARATION OF NATHAN K. NORIMOTO IN SUPPORT OF DEFENDANT KELLY SERVICES INC.'S NOTICE OF REMOVAL TO FEDERAL COURT; EXHIBIT** |

1
DECLARATION

# DECLARATION

I, Nathan K. Norimoto, declare and state as follows:

1. I am attorney licensed to practice in the State of California and an attorney with Duane Morris, LLP, attorney of record for Defendant Kelly Services, Inc. ("Kelly") in the above-captioned action. The following is based upon my own personal knowledge and if called upon to testify thereto, I could and would do so.

2. I make this declaration in support of Kelly's Notice of Removal of Plaintiff JoElla Filban's Complaint to the U.S. District Court for the Central District of California.

3. On or about June 21, 2023, I caused to be filed in the Superior Court of California, County of Los Angeles, Kelly's Answer to Ms. Filban's Unverified Complaint. A true and correct copy of Kelly's Answer, which I obtained from the litigation file my firm maintains in connection with the above-captioned action, is attached hereto as **Exhibit 12**.

4. As of the date of this filing, I have not received a conformed copy of Kelly's Answer to Ms. Filban's Unverified Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 22, 2023, at Redwood City, California.

Nathan K. Norimoto