# EXHIBIT 12

Exhibit 12
Page 3

Shireen Yvette Wetmore (SBN 278501)
Nathan K. Norimoto (SBN 334835)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001

Nick Baltaxe (SBN 329751)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401
E-mail:    sywetmore@duanemorris.com
             nnorimoto@duanemorris.com
             nbaltaxe@duanemorris.com

Attorneys for Defendant
KELLY SERVICES, INC., a Corporation

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JOELLA FILBAN, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>KELLY SERVICES, INC., a Corporation; and<br>DOES 1 through l0, inclusive,<br><br>          Defendant. | Case No. 23LBCV00841<br><br>**DEFENDANT KELLY SERVICES,<br>INC.'S ANSWER TO PLAINTIFF<br>JOELLA FILBAN'S UNVERIFIED<br>COMPLAINT**<br><br>Complaint Filed:     May 9, 2023 |

Defendant Kelly Services, Inc. ("Defendant") hereby answers Plaintiff JoElla Filban's

("Plaintiff") unverified Complaint as follows:

**GENERAL DENIAL**

Under California Code of Civil Procedure section 431.30(d), Defendant generally denies

each and every allegation contained in Plaintiff's Complaint, and further denies that Plaintiff has

been or will be injured or damaged in any amount or at all by reason of any act or omission by

Defendant.

///

DM2\17971069.4

DEFENDANT KELLY SERVICES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

Exhibit 12
Page 4

## AFFIRMATIVE AND ADDITIONAL DEFENSES

In further answer to the Complaint, and as separate and distinct affirmative and other defenses, Defendant alleges as follows, without thereby assuming the burden of proof on any defenses on which it would not otherwise have the burden of proof by operation of law.  Defendant has not completed its investigation of the facts of this case, has not completed discovery in this matter, and has not completed its preparation for trial.  The affirmative and additional defenses asserted herein are based on Defendant's knowledge, information, and belief at this time, and Defendant specifically reserves the right to modify, amend, or supplement any defense contained herein or add additional defenses at any time.

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim - All Causes of Action)**

Plaintiff's Complaint, and each purported claim alleged therein, fails to state any cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Statute of Limitations - All Causes of Action)**

Plaintiff's Complaint, and each purported claim alleged therein, is barred by the applicable statutes of limitation for each alleged cause of action, including, but not limited to, California Government Code section 12965(c)(1)(C) and California Code of Civil Procedure section 335.1.

### THIRD AFFIRMATIVE DEFENSE

**(Failure to Exhaust Administrative Remedies - All Causes of Action)**

Plaintiff's Complaint, and each purported claim alleged therein, is barred because Plaintiff failed to exhaust her administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

**(Estoppel - All Causes of Action)**

Plaintiff's Complaint, and each purported claim alleged therein, is barred by the doctrine of estoppel.  Plaintiff, by her own conduct and actions, is estopped, as a matter of law, from pursuing the claims alleged in the Complaint.

///

DM2\17971069.4

2

1

2

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver - All Causes of Action)

Plaintiff's Complaint, and each purported claim alleged therein, is barred to the extent Plaintiff, by her own conduct and actions, has waived the right, if any, to assert the claims alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Consent - All Causes of Action)

Plaintiff's Complaint, and each purported claim alleged therein, is barred to the extent that the alleged conduct of Defendant complained of in the Complaint was approved, consented to, or authorized by Plaintiff through her actions, omissions, or course of conduct.

## SEVENTH AFFIRMATIVE DEFENSE

### (Contribution by Own Conduct - All Causes of Action)

To the extent any of the alleged harms in the Complaint occurred at all, such harms were proximately caused by or contributed to by Plaintiff's own acts, omissions, or failures to act.

## EIGHTH AFFIRMATIVE DEFENSE

### (Ratification - All Causes of Action)

To the extent that Plaintiff failed to act upon knowledge available to her, she thereby ratified Defendant's alleged actions.

## NINTH AFFIRMATIVE DEFENSE

### (Unclean Hands - All Causes of Action)

Plaintiff's Complaint, and each purported claim alleged therein, is barred in whole or in part by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (Accord and Satisfaction - All Causes of Action)

Plaintiff's Complaint, and each purported claim alleged therein, is barred to the extent applicable under the doctrine of an accord and satisfaction.

///

///

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Action In Accordance With Applicable Law And Employer Policies - All Causes of Action)**

Assuming arguendo that any of the conduct alleged in the Complaint were taken by Defendant, such acts were privileged, justified and/or taken in accordance with applicable law and/or Defendant's policies and procedures.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages - All Causes of Action)**

Plaintiff is not entitled to back pay, front pay, and/or other damages, to the extent that she failed to seek and obtain other employment and otherwise failed to mitigate her alleged loss of wages or other damages.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Offset - All Causes of Action)**

To the extent Plaintiff has received other benefits and/or awards attributable to an alleged injury for which she seeks compensation, such benefits and/or awards should offset, in whole or in part, any award she receives for the same injury.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(After-Acquired Evidence - All Causes of Action)**

Plaintiff's Complaint, and each purported claim alleged therein, is barred to the extent that Plaintiff engaged in misconduct which would have justified any adverse action by Defendant, even if Defendant was unaware of the conduct at the time.

**FIFTEENTH ADDITIONAL DEFENSE**

**(Adequate Remedy at Law)**

To the extent Plaintiff seeks any equitable relief, her request for equitable relief fails as she has not demonstrated she lacks an adequate remedy at law.

///

///

///

///

DM2\17971069.4

4

DEFENDANT KELLY SERVICES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

Exhibit 12
Page 7

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Legitimate Non-Retaliatory Factors - All Causes of Action)**

To the extent any adverse employment action(s) was taken against Plaintiff, the action(s) was based on legitimate, non-retaliatory factors and not on Plaintiff's purported protected activity and/or any other protected characteristic.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Prompt Remedial Action - All Causes of Action)**

To the extent that Plaintiff complained of any unlawful conduct, Defendant took prompt and appropriate remedial action to investigate and address her complaint(s) and took appropriate corrective action.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Failure to State a Claim for Relief for Punitive Damages - All Causes of Action)**

Plaintiff is not entitled to recover any punitive, double or exemplary damages against Defendant and any allegations with respect thereto should be stricken as Plaintiff failed to plead and cannot prove facts sufficient to support allegations of oppression, fraud and/or malice pursuant to California Civil Code section 3294(a).

**NINETEENTH AFFIRMATIVE DEFENSE**

**(No Act by A Managing Agent - All Causes of Action)**

Plaintiff's prayer for punitive damages is barred to the extent that she has not identified any unlawful conduct by an officer, director or managing agent of Defendant.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Due Process - All Causes of Action)**

Plaintiff's punitive damage claims constitute a denial of Defendant's right to due process of law and equal protection of the law, or the taking for private property for public use without just compensation, and are violative of the separation of judicial, legislative and executive powers guaranteed by the United States and California Constitutions.

///

///

DEFENDANT KELLY SERVICES, INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

Exhibit 12
Page 8

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (At-Will Employment – All Causes of Action)

Plaintiff's Complaint, and each purported claim alleged therein, is barred to the extent Plaintiff was an at-will employee, subject to termination, with or without case, and with or without notice.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Claim Preclusion and Issue Preclusion)

Plaintiff's Complaint, and each purported claim alleged therein, is barred under the doctrines of claim preclusion and issue preclusion.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Speculative Damages – All Causes of Action)

The injuries and losses claimed by Plaintiff are speculative, depend on the happening of events which are not reasonably certain to occur, may be mitigated by future events, and cannot be determined with the degree of certainty required by law.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Workers' Compensation Exclusivity – All Causes of Action)

Plaintiff is barred from seeking any damages for the physical or emotional injuries allegedly suffered as a result of employment in that the sole and exclusive remedy in this respect is governed by the California Workers' Compensation Act. *See* Cal. Lab. Code §§ 3600 *et. seq.*

## ADDITIONAL SEPARATE DEFENSES

Defendant presently has insufficient knowledge or information upon which to form a belief whether there may be additional, as yet unstated, separate defenses, and reserves the right to assert additional separate defenses in the event that discovery indicates that such defenses are appropriate.

///

///

///

///

///

Exhibit 12
Page 9

**PRAYER**

Wherefore, Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by her Complaint;

2.    That Plaintiff's Complaint be dismissed with prejudice;

3.    That judgment be entered in favor of Defendant and against Plaintiff on all causes of action;

4.    That Defendant be awarded reasonable attorneys' fees according to proof;

5.    That Defendant be awarded the costs of suit incurred herein; and

6.    That Defendant be awarded such other and further relief as the Court may deem appropriate.

Dated: June 21, 2023          **DUANE MORRIS LLP**

By: _____

          Shireen Yvette Wetmore
          Nathan K. Norimoto
          Nick Baltaxe
          Attorneys for Defendant
          KELLY SERVICES, INC., a Corporation

## PROOF OF SERVICE

Filban v. Kelly Services
Los Angeles County Superior Court No. 23LBCV00841

     I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause.  I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Tower, Suite 2200, San Francisco, California 94105.  I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes.  On the date stated below, I served the following documents:

**DEFENDANT KELLY SERVICES, INC.'S ANSWER TO PLAINTIFF JOELLA FILBAN'S UNVERIFIED COMPLAINT**

  X    <u>BY U.S. MAIL</u>:  I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid.

      <u>BY MESSENGER SERVICE</u>:  I enclosed the documents in an envelope or package addressed to the person(s) set forth below and providing the package(s) to a professional messenger service for same day delivery service. (*A declaration by the messenger must accompany this Proof of Service*).

      <u>BY OVERNIGHT DELIVERY</u>:  I enclosed the documents in a sealed envelope or package provided by FedEx and addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by FedEx pursuant to my firm's ordinary business practices, which are that on the same day a FedEx envelope or package is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight delivery, with all charges fully prepaid.

      <u>BY ELECTRONIC SERVICE</u>:  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | | |
|---|---|---|
| **1.** | Brent S. Buchsbaum<br>Laurel N. Haag<br>Law Offices Of Buchsbaum & Haag, LLP<br>100 Oceangate, Suite 1200<br>Long Beach, California 90802 | Attorneys for plaintiff Joella Filban<br><br>TEL: (562) 733-2498 / FAX: (562) 628-5501<br>EMAIL:  brent@buchsbqumhaag.com;<br>laurel@buchsbaumhaag.com |

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  June 21, 2023                       _____

                                 Connie Wong