1  **DUANE MORRIS LLP**
   Shireen Yvette Wetmore (SBN 278501)
2  sywetmore@duanemorris.com
   Nathan K. Norimoto (SBN 334835)
3  nnorimoto@duanemorris.com
   Spear Tower
4  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
5  Telephone: +1 415 957 3000
   Fax: +1 415 957 3001
6
   **DUANE MORRIS LLP**
7  Nick Baltaxe (SBN 329751)
   nbaltaxe@duanemorris.com
8  865 South Figueroa Street, Suite 3100
   Los Angeles, CA  90017-5450
9  Telephone: +1 213 689 7400
   Fax: +1 213 689 7401
10
   Attorneys for Defendant KELLY SERVICES,
11 INC., a Corporation

12        **IN THE UNITED STATES DISTRICT COURT**

13      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14 | JOELLA FILBAN, an individual, | Case No.: 23-4951 |
   |---|---|
15 | Plaintiff, | [Removed from Los Angeles Superior Court, Case No. 23LBCV00841] |
16 | v. | |
17 | KELLY SERVICES, INC., a Corporation; and DOES 1 through 10, inclusive, | **DECLARATION OF JOE WILLIS IN SUPPORT OF DEFENDANT KELLY SERVICES INC.'S NOTICE OF REMOVAL OF CALIFORNIA STATE COURT CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |
18 | Defendant. | |

19
20
21
22
23
24
25
26
27
28

DM2\18051960.1

                          1

**DECLARATION OF JOE WILLIS**

I, Joe Willis, declare as follows:

1.      I am at least 18 years old.  I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify hereto.

2.      I am the Salaried Payroll Manager for Kelly Services, Inc. ("Kelly").  In this capacity I have access to the payroll and employment and personnel records of Kelly's employees in California, including Plaintiff JoElla Filban, which are kept in Kelly's payroll and human resources management systems in the ordinary course of business.  I have reviewed some of the employment and personnel records of Plaintiff. Also, in my capacity as the Salaried Payroll Manager, I am familiar with Kelly's corporate and organizational structure and operations.

3.      Kelly is incorporated in the State of Delaware and maintains a principal place of business in Troy, Michigan.  Kelly's corporate executives, including its senior leadership team, have been and continue to be based in, have maintained and continue to maintain their offices in, and have performed and continue to perform their primary duties, job functions, and administrative functions in Troy, Michigan.

4.      Based on my review of Plaintiff's personnel records, Kelly employed Plaintiff from August 5, 2019, to April 20, 2023.  During Plaintiff's employment with Kelly, Plaintiff held the position of "RPO Operations Manager" based out of Long Beach, CA.  When Plaintiff applied for employment at Kelly, Plaintiff provided a home address in Long Beach, CA.  Kelly does not have any record of Plaintiff indicating she changed or moved to an address outside of Long Beach, CA.

5.      Based on my review of Plaintiff's payroll records, Kelly's W2's issued to Plaintiff for 2019 through 2022 contained an address in Long Beach, CA.  Further, the wage statements issued to Plaintiff during her Kelly employment reflect an address in Long Beach, CA.  Kelly does not have any record of Plaintiff indicating that the Long Beach, CA address listed on her wage statements and Form W-2 was incorrect.

6.      Based on my review of Plaintiff's earnings report data, Plaintiff received

an annual salary from Kelly and was eligible to be considered for employee benefits from Kelly. In 2022, Kelly paid Plaintiff a gross, annual compensation that totaled approximately $109,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on this 20th day of June 2023, at Troy, Michigan.


_____
JOE WILLIS